**Motion Granted; Dismissed and Memorandum Opinion filed March 13, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00970-CV

## IN THE INTEREST OF E.L.M, A CHILD

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2011-24457**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed July 25, 2013, in a suit to modify the parent-child relationship. On February 27, 2014, appellant, Manuel Morell, filed a notice of non-suit, which we construe as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.